GEORGE W. CLINE, *Plaintiff in Error,* v. THE TAMPA WATER WORKS COMPANY, A CORPORATION EXISTING UNDER THE LAWS OF THE STATE OF FLORIDA, S. J. DRAWDY AND T. K. SPENCER, *Defendants in Error.*

Writ of error to the Circuit Court for Hillsborough county.

The facts in the case are stated in the opinion of the court.

*Barron Phillips* for plaintiff in error.

*P. O. Knight* for defendants in error.

CARTER, J.—While the facts in this case are not precisely the same as the facts in the case of *Cline v. Tampa Water Works Company et al.,* decided this day, the point of practice involved is exactly the same, and for the reasons

stated in that opinion the court below erred in sustaining the seventh ground of the demurrer to the amended declaration.

The judgment is, therefore, reversed and the cause remanded for further proceedings.

(Justices HOCKER and MAXWELL, being disqualified, took no part in the decision of this case.)

The mere fact that a count of a declaration may set up many elements that do not enter into the measure of damages is not ground for demurrer if the count does allege a cause of action for some damages proper to be recovered thereunder.

*Barron Phillips* for plaintiff in error.

*P. O. Knight* for defendants in error.